## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### BROWARD DIVISION

### CASE NO. 16–cv–62391–BB

CATHY DAVIS

      Plaintiff,

v.

CRUISE OPERATOR, INC. d/b/a BAHAMAS PARADISE
CRUISE LINE, LLC a Florida company,

      Defendant.

_____/

### SUMMONS

TO:   CRUISE OPERATOR, INC. d/b/a BAHAMAS PARADISE CRUISE LINE, LLC a Florida company,

BY SERVING:      GREENSPOON MARDER, P.A.
                     200 E. BROWARD BLVD., SUITE 1800
                     FORT LAUDERDALE, FL 33301
As registered agent

      YOU ARE HEREBY SUMMONED and required to serve upon:

PLAINTIFF'S ATTORNEY:      Tonya J. Meister, Esq.
                              MEISTER LAW, LLC
                              44 West Flagler Street
                              Suite 750
                              Miami, Florida 33130

an answer to the complaint which is herewith served upon you, within 21 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____      _____

CLERK                 DATE

_____

(BY) DEPUTY CLERK