UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

CASE NUMBER: 16-62391-CIV-BLOOM/VALLE

CATHY DAVIS,

    Plaintiff,

v.

CRUISE OPERATOR, INC.
d/b/a BAHAMAS PARADISE
CRUISE LINE, LLC,
Florida company.

    Defendant.    /

## DECLARATION OF WOLFGANG GREITER

Pursuant to 28 U.S.C. § 1746, Wolfgang Greiter hereby declares the following under penalty of perjury:

1. I am Vice President of Food & Beverage Operations for Paradise Cruise Line Operator, Ltd., Inc. which currently operates the *Grand Celebration* as of December 2016.

2. I am authorized to act and to attest to the facts stated herein on behalf of Cruise Operator in support of its Motion for Summary Judgment now before the Court. The information contained herein is based on my personal knowledge and/or information obtained by me from the records maintained by Cruise Operator in its regular course of business.

3. I have extensive experience in the food and beverage industry based on thirty (30) years working in the industry both shoreside and on board cruise ships

CASE NUMBER: 16-62391-CIV-BLOOM/VALLE

and have held various positions including Food & Beverage Manager, Food & Beverage Quality Control, Food & Beverage Operations Manager, Director Food & Beverage Operations and Vice President of Food & Beverage Operations.

4. I was Vice President of Food & Beverage Operations at Cruise Operator, Inc. ("Cruise Operator") at the time Mrs. Davis sailed aboard the *Grand Celebration*. My duties as Vice President of Food & Beverage Operations included overseeing all food and beverage operations aboard the *Grand Celebration*. As part of those duties, if a passenger or crew member becomes ill due to ingestion of a food or beverage related item, I am advised so that corrective measures, if needed, can immediately be taken.

5. The *Grand Celebration* began service on February 3, 2015, contains 750 passenger cabins and has its home port as the Port of Palm Beach. It has a regular sailing schedule where it leaves the Port of Palm Beach every other day at approximately 6:00 p.m. and sails to Freeport, Bahamas arriving the next morning. Passengers may then disembark and spend the day in Freeport on their own or engage in a shore excursion. That evening, the *Grand Celebration* leaves Freeport at approximately 6:00 p.m. and returns to the Port of Palm Beach the next morning.

6. I am familiar with the allegations in Plaintiff's Amended Complaint.

7. Plaintiff Cathy Davis sailed aboard the *Grand Celebration* leaving the evening of October 9, 2015, stopping in Freeport, Bahamas on October 10, 2015 and returning to the Port of Palm Beach the morning of October 11, 2015.

CASE NUMBER: 16-62391-CIV-BLOOM/VALLE

8. On October 9, 2015, there were 1,504 passengers and 527 crew members aboard the vessel. On October 10, 2015, there were 1,498 passengers and 526 crew members aboard the vessel.

9. Since beginning service on February 3, 2015, approximately 30,500 passengers and crew members have sailed on the *Grand Celebration*.

10. I am familiar with norovirus transmission. Norovirus is a highly contagious virus typically spread by eating contaminated food, drinking contaminated water and/or touching a contaminated surface, including food, and usually infecting multiple passengers and/or crew members.

11. Based on my review of the *Grand Celebration's* medical logs and reports, there were no complaints of, or records of, any gastrointestinal illnesses or virus outbreaks reported by crew or passengers aboard the *Grand Celebration* since it began sailing on February 3, 2015, through today, including the sailing of October 9, 2015 through October 11, 2015.

12. In addition, a Gastrointestinal Illness Confirmation Report is sent to the Center for Disease Control and Prevention's ("CDC") Maritime Illness and Death Reporting System ("MIDRS") after each sailing completed by the *Grand Celebration*.

13. There are no reports of gastrointestinal illness logged with the CDC's MIDRS since the *Grand Celebration* began sailing on February 3, 2015. The report submitted covering Plaintiff's voyage also reported no illnesses.

CASE NUMBER: 16-62391-CIV-BLOOM/VALLE

14. All crew members are required to abide by hand washing guidelines published by the Centers for Disease Control ("CDC") including rubbing their hands together for twenty (20) seconds with soap and water before preparing food.

15. Whole fruits for buffets undergo a micro chlorine solution at a washing station before being placed on the buffet lines.

16. To further protect the food, serving tools are provided and there are sneeze guards. Any leftover fruit from the buffet areas is discarded after closing the buffet areas. Based on my experience in the industry, these practices are the industry norm.

17. Every food outlet on the vessel strictly adheres to the Food and Drug Administration's Hazard Analysis Critical Control Point (HACCP) standards for food, temperature, and time control.

18. The United States Public Health Department (USPH) performs inspections twice per year with the most recent inspection occurring one month prior to Plaintiff's voyage, on September 5, 2015. The vessel received 98/100 points at the inspection.

I declare under penalty of penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 23, 2017

_____
Wolfgang Greiter, Vice President of Food and Beverage, Cruise Operator, Inc.